# United States Bankruptcy Court
# District of Puerto Rico

IN RE:                                       Case No. _____

ZAYAS ROSARIO, JORGE L & SOLIVAN ORTIZ, RUTH M      Chapter 13
                         Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

---

PLAN DATED: 7/24/2010                        ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION              Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 2,500.00 x 60 = $ 150,000.00
$_____ x____ = $_____
$_____ x____ = $_____
$_____ x____ = $_____
$_____ x____ = $_____

                   TOTAL: $ 150,000.00

Additional Payments:
$_____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$_____ x____ = $_____

     PROPOSED BASE: $ 150,000.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,324.00

Signed: /s/ JORGE L ZAYAS ROSARIO
         Debtor

        /s/ RUTH M SOLIVAN ORTIZ
         Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. SANTANDER DE PR    Cr. COLSON SERVICES COR    Cr. DORAL BANK
# 857000936           # 8440524009              # 3540001165
$ 1.00                  $ 1.00                      $ 1.00
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. CRIM                 Cr. CRIM                 Cr. See Attached
# 2154                   # 29704807302001       #_____
$ 7,378.99             $ 4,229.54             $_____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____    Cr. _____    Cr. _____
#_____         #_____         #_____
$_____         $_____         $_____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____

5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
   COLSON SERVICES COR    DORAL BANK       SANTANDER DE PR
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law.
11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                ☐ Paid 100% / ☐ Other: _____
Cr. _____    Cr. _____    Cr. _____
#_____         #_____         #_____
$_____         $_____         $_____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
FAILURE TO TIMELY OBJECT TO THIS PLAN BY A CREDITOR CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT 11 USC 1325 (a)(5).

ATTORNEY'S FEES WILL BE PAID AHEAD OF SECURED CREDITORS PER 11 USC 330.

TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS PERIODIC PAYMENTS TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS ALREADY PROVIDED HEREIN. IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGHT FROM THE COURT FOR SUCH PURPOSE.

DEBTORS WILL PROVIDE INSURANCE IN FAVOR OF POPULAR AUTO THROUGH EASTERN AMERICAN INSURANCE INC.

$200 ADEQUATE PROTECTION TO POPULAR AUTO.

---

Attorney for Debtor Jose Prieto                Phone: (787) 607-2066

CHAPTER 13 PAYMENT PLAN

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** ZAYAS ROSARIO, JORGE L & SOLIVAN ORTIZ, RUTH M     Case No. _____
                              Debtor(s)

# CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 1

|  | Cr | # | $ |
|---|---|---|---|
| **Trustee pays IN FULL Secured Claims:** | POPULAR AUTO | 2500979360009750 | 17,800.00 |
|  | SANTANDER DE PR |  | 31,500.00 |
|  | URB PASEO REAL | E 21 | 2,054.40 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only