Certificate Number: 02114-PR-CC-010635205

# **CERTIFICATE OF COUNSELING**

I CERTIFY that on 04/14/10, at 01:59 o'clock PM EST, JORGE L ZAYAS ROSARIO received from Consumer Credit Counseling Service of Greater Atlanta, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the District of Puerto Rico, an individual [or group] briefing (including a briefing conducted by telephone or on the Internet) that complied with the provisions of 11 U.S.C. §§ 109(h) and 111. A debt repayment Plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted  by Internet .

| Date: 04-16-2010 | By | /s/DONITA ENGLAND |
|---|---|---|
| | Name | DONITA ENGLAND |
| | Title | Counselor |

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

1

Certificate Number: 02114-PR-CC-010635206

# **CERTIFICATE OF COUNSELING**

I CERTIFY that on 04/14/10, at 01:59 o'clock PM EST RUTH SOLIVAN ORTIZ received from Consumer Credit Counseling Service of Greater Atlanta, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the District of Puerto Rico, an individual [or group] briefing (including a briefing conducted by telephone or on the Internet) that complied with the provisions of 11 U.S.C. §§ 109(h) and 111. A debt repayment Plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted  by Internet .

| | |
|---|---|
| Date: 04-16-2010 | By   /s/DONITA ENGLAND |
| | Name   DONITA ENGLAND |
| | Title   Counselor |

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

1