# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

# Minute Entry

## *Hearing Information:*

**Debtor**: JORGE L ZAYAS ROSARIO and RUTH M SOLIVAN ORTIZ
**Case Number**: 10-06643-MCF13  **Chapter:** 13
**Date / Time / Room**: 5/19/2011 9:30 AM
**Bankruptcy Judge**: MILDRED CABAN FLORES
**Courtroom Clerk**:   MILAGROS IRIZARRY
**Reporter / ECR**:   LOURDES ALVAREZ

## *Matter:*

DEBTOR'S MOTION FOR POST CONF. MODIFICATION OF CH. 13 PLAN DATED 02/21/2011 (#40)
TRUSTEE'S UNFAVORABLE RECOMMENDATION (#41)
DEBTOR'S REPLY (#43)
TRUSTEE'S OBJECTION TO POST CONFIRMATION OF MODIFIED PLAN (#45)

## *Appearances:*

ALEJANDRO OLIVERAS RIVERA (PEDRO MEDINA) - Trustee
ALEJANDRO A SUAREZ CABRERA (JOSE M PRIETO) - Attorney for Debtors
JORGE L ZAYAS - Debtor
RUTH M SOLIVAN ORTIZ - Joint Debtor

## *Minutes of Proceedings:*

**ORDER**

The hearing is continued for 8/30/2011 at 9:30 AM.


           /S/MILDRED CABAN FLORES
              **US Bankruptcy Judge**